UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TRACY WILLARD SYKES, ) </br> ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CAROLYN W. COLVIN, ) </br> *Acting Commissioner of Social Security,* ) </br> ) </br> Defendant. ) | **JUDGMENT** </br></br> No. 5:15-CV-228-RN |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court DENIES Sykes's Motion for Judgment on the Pleadings, GRANTS Colvin's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's decision.**

<u>This Judgment Filed and Entered on June 2, 2016 with service on:</u>
Karen Anne Griffin (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

Date: June 2, 2016                                                          JULIE RICHARDS JOHNSTON, CLERK

                                                                            _____
                                                                            Lauren Herrmann, Deputy Clerk